**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
ANTHONY J. GENOVA,

              Plaintiff,

                                                  **JUDGMENT**
                                                  CV 17-4959 (SJF)(AYS)

    - against -

THE COUNTY OF NASSAU and
NASSAU COUNTY COMPTROLLER
GEORGE MARAGOS,

              Defendants.
------------------------------------------------------------X

      An Order Adopting Report and Recommendation of Honorable Sandra J. Feuerstein, United States District Judge, having been filed on February 19, 2020, accepting in its entirety the December 26, 2019 Report and Recommendation of United States Magistrate Judge Anne Y. Shields, granting Defendants' Summary Judgment Motion, and directing the Clerk of the Court to enter judgment in Defendants' favor and close this case., it is

      **ORDERED AND ADJUDGED** that Plaintiff Anthony Genova take nothing of Defendants the County of Nassau and Nassau County Comptroller George Maragos; that Defendants' Summary Judge Motion is granted; and that this case is closed.

Dated: February 21, 2020
       Central Islip, New York

                                                        DOUGLAS C. PALMER
                                                      CLERK OF THE COURT
                                       By:   /s/ James J. Toritto
                                                       Deputy Clerk